534

Argued and submitted November 23, reversed December 22, 1999

KYLE ADCOX,
*Appellant,*

*v.*

Dan JOHNSON,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

(961228400M; CA A103522)

992 P2d 489

Bob Pangburn filed the brief for appellant.

Rolf C. Moan, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Deits, Chief Judge, and Armstrong, Judge.

PER CURIAM

Reversed. *Alexander v. Johnson*, 164 Or App 235, 990 P2d 929 (1999).